In the Matter of Supplementary Proceedings: DRY DOCK SAVINGS INSTITUTION, Respondent, v. PHILIP PREVER, Judgment Debtor; DORA PREVER, Appellant.— Order granting motion to confirm report of official referee, and punishing appellant for contempt in failing to abide by the direction contained in a third party subpœna to appear for examination, affirmed, with twenty-five dollars costs and disbursements. Appellant's time for compliance with the contempt order is extended until ten days from the entry of the order hereon. No opinion. Order denying motion to vacate third party subpœna affirmed, with twenty-five dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

In the Matter of the Arbitration of Certain Differences between NEW YORK & BROOKLYN CASKET CO., INC., CORRIGAN CASKET MANUFACTURING CO., INC., BRONX CASKET MANUFACTURING CO., INC., OCEAN CASKET MANUFACTURING CO., INC., Respondents, and CASKET MAKERS UNION, LOCAL 1728, Appellant.— In an arbitration proceeding, order granting reargument and upon reargument vacating a prior order and granting respondents' motion to annul and set aside the award of the arbitrator, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of Proving the Last Will and Testament of GRACE L. WEIGAND, Also Known as GRACE WEIGAND, FRACE WEIGAND, GRACE L. CARR and GRACE CURR WEIGAND, Deceased. WILLIAM A. CURR, Petitioner, Respondent, and ARCHIE CURR and Others, Contestants, Respondents; JULIUS GARRELL, Special Guardian for Infants MARY CURR and Others, and LENA REINISCH, Appellants.— Decree of the Queens County Surrogate's Court, in so far as appealed from, unanimously affirmed, with costs to the respondents filing briefs, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.